Mark L. Javitch (CA SBN 323729)
210 S Ellsworth Ave #486
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETH PASCAL, individually and on behalf of all others situated<br><br>Plaintiff,<br><br>v.<br><br>KINGDOM HEALTH MINISTRIES, LLC, et. al.<br><br>Defendants. | Case No.: 3:19-cv-02148-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KINGDOM HEALTH MINISTRIES, LLC** |

Plaintiff BETH PASCAL, by and through her attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing Defendant KINGDOM HEALTH MINISTRIES, LLC, a Texas limited liability company, without prejudice, with each side bearing its own costs and attorney's fees.

Dated: May 14, 2019

Respectfully submitted,

PLAINTIFF BETH PASCAL

1

3:19-cv-02148-JCS

|     |     |
| --- | --- |
| 1   | By: <u>/s/ Mark L. Javitch</u>          . |
| 2   | Mark L. Javitch (SBN 323729) |
|     | Mark L. Javitch, Attorney at Law |
| 3   | 210 S. Ellsworth Ave #486 |
|     | San Mateo CA 94401 |
| 4   | Tel: 650-781-8000 |
|     | Fax: 650-648-0705 |
| 5   | *Attorney for Plaintiff* |

2

3:19-cv-02148-JCS