Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETH PASCAL<br><br>                Plaintiff,<br><br>v.<br><br>KINGDOM HEALTHSHARE MINISTRIES, LLC, ONESHARE HEALTH, LLC<br><br>                Defendants. | Case No.:  3:19-cv-02148-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   Beth Pascal, individually and by and through Plaintiff's attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing Defendant ONESHARE HEALTH, LLC and the entire case in full.  In light of the parties' settlement (Dkt. 9) on July 5, 2019, Under FRCP 41(a)(1)(B), Plaintiff specifies that the voluntary dismissal is WITH prejudice, with each side bearing its own costs and attorney's fees.

   Dated: July 23, 2019

                              Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Mark L. Javitch            .
Plaintiff's Attorney

Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
Beth Pascal